IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2013 MAR 13 PM 1:24
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Stebbins Michael
**Plaintiff**

-vs-

Jennings Mary + James
**Defendant(s)**

CASE NO. 5:13 CV 545

JUDGE PEARSON

MAG. JUDGE LIMBERT

COMPLAINT

the Jennings said originally I was a drug attic, and a lazy alcoholic. They got custody of my two daughters. Now that I got a apt, and a job their saying I am psycotic, violent, a threat to their family, and my children. they are all false accusations, and I would like justice. I was out of work, they offered help. But then kicked me when I was down. Now their trying to take away my visitation rights

3/8/13
Mike Stebbins
Michael W. Stebbins
215 High St Hartville
Ohio, 44632