PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. STEBBINS, | ) | |
| | ) | CASE NO. 5:13CV0545 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MARY JENNINGS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

This Court having contemporaneously filed its Memorandum of Opinion and Order in this case, it is therefore Ordered that this action is dismissed pursuant to 28 U.S.C. § 1915(e). Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

 August 29, 2013              */s/ Benita Y. Pearson*
Date                          Benita Y. Pearson
                              United States District Judge