OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
THOMAS D. LAMBROS FEDERAL BLDG. & U.S. COURTHOUSE
125 MARKET STREET, ROOM 337
YOUNGSTOWN, OHIO 44503-1787

OFFICIAL BUSINESS




IA needs Suite #

Michael W. Stebbins
215 High Street
Hartville, OH 44632

NIXIE     441     5E  1099      0009/20/13
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 44503178799     *0373-02598-30-39